UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OSWALD PORTILLO,

                   Petitioner,

       v.

M.D. BITER, Warden,

                Respondent.

Case No. 12-6447 BRO(JC)

JUDGMENT

     Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 13, 2015

_____

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE